# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-147-752**

**Effective Date of Registration:**
October 29, 2018

## Title

| | |
|---|---|
| Title of Work: | Hunter Killer |
| Nature of Claim: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | October 19, 2018 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Hunter Killer Productions, Inc. |
| Author Created: | Entire Film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Hunter Killer Productions, Inc. 318 N. Carson St., #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu003868948, 2016 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | all other cinematographic material |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |



Date: January 03, 2019

Correspondence: Yes

# EXHIBIT B

| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.175.48.128 | 6881 | libtorrent 1.2.0 | 2019-01-10 22:28:27 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 98.228.44.228 | 52232 | TuoTu 1.5.g | 2019-01-10 00:25:42 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 98.223.61.25 | 35065 | µTorrent 5.3.3 | 2019-01-08 04:26:44 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Downers Grove | DuPage |
| 4 | 98.223.189.141 | 58491 | qBittorrent 4.1.3 | 2018-12-27 03:33:05 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 73.176.156.62 | 43162 | µTorrent 5.3.3 | 2018-12-26 22:12:09 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Round Lake | Lake |
| 6 | 24.12.28.31 | 59962 | BitTorrent 7.a.4 | 2018-12-26 15:59:00 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Matteson | Cook |
| 7 | 73.110.42.95 | 23972 | µTorrent 5.3.3 | 2018-12-24 12:59:49 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Hoffman Estates | Cook |
| 8 | 24.1.177.205 | 57478 | [unknown Client] | 2018-12-23 02:50:27 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Niles | Cook |
| 9 | 67.163.24.40 | 36101 | BitTorrent 7.a.4 | 2018-12-22 07:07:20 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 73.110.38.35 | 27166 | [unknown Client] | 2018-12-21 17:00:50 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 11 | 24.14.77.65 | 53440 | qBittorrent 4.1.4 | 2018-12-21 01:03:16 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Sycamore | DeKalb |
| 12 | 98.222.220.106 | 38822 | µTorrent Mac 1.8.7 | 2018-12-18 23:11:40 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Romeoville | Will |
| 13 | 73.73.8.125 | 6881 | µTorrent 3.4.0 | 2018-12-18 22:36:27 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | McHenry | McHenry |
| 14 | 24.13.133.170 | 21038 | Azureus 5.7.6 | 2018-12-18 19:23:55 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Waukegan | Lake |
| 15 | 71.201.44.193 | 59387 | qBittorrent 4.1.1 | 2018-12-18 16:13:44 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 98.228.206.83 | 37878 | µTorrent 5.3.3 | 2018-12-17 23:48:34 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 69.245.176.45 | 57570 | BitTorrent 7.a.4 | 2018-12-17 22:40:07 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 98.226.224.23 | 57420 | BitTorrent 7.a.4 | 2018-12-17 19:13:57 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 71.239.70.178 | 34674 | µTorrent Mac 1.8.7 | 2018-12-17 19:01:44 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |
| 20 | 73.110.252.135 | 53249 | µTorrent 3.4.9 | 2018-12-17 14:34:49 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Wheaton | DuPage |
| 21 | 98.253.97.24 | 19447 | µTorrent 3.5.4 | 2018-12-17 05:35:15 | Hunter.Killer.2018.KORSUB.HDRip.x264-STUTTERSHIT | SHA1: B91B9E3B58436686764757545471A3B971CCA9D9A | Comcast Cable | Illinois | Chicago | Cook |